IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-00274

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) **Order Granting Entry of Default** |
| GARY N. BUCHWALD, *et al.*, | ) |
| Defendants. | ) |

It appearing that the Complaint was filed in the above-captioned case on July 15, 2022; that the Summons and Complaint were duly served upon Defendant Kimberly K. Buchwald on September 29, 2022, and no answer or other pleading has been filed by Defendant Kimberly K. Buchwald as required by law;

Therefore, upon request of the Plaintiff United States of America, default is hereby entered against Defendant Kimberly K. Buchwald as provided in Rule 55(a) of the Federal Rules of Civil Procedure.

Dated this __22__ day of _December_, 2022.

_____
Peter A. Moore, Jr.
Clerk of Court

1